JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RASHID EL MALIK,

          Plaintiff,

     v.

WELLS FARGO BANK, N.A.,

          Defendant.

Case No. 2:25-cv-07295-JLS-PD

**JUDGMENT**

The Court having granted Defendant's Motion to Dismiss (Doc. 21), Plaintiff having failed to timely file an amended complaint, and the Court having denied Plaintiff's Motion for Extension of Time to File a Second Amended Complaint (Doc. 35), it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.

DATED:  February 07, 2026

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE